ALICE J. BABCOCK, Respondent, v. AUGUSTINE E. STRAUB, Appellant.— Motion for stay pending appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansly and Hagarty, JJ.

CHELTEN TRUST COMPANY, Respondent, v. NATIONAL AUTOMATIC PRESS COMPANY and Others, Defendants. ARTHUR B. JENNINGS and CAROLINE A. JENNINGS, Appellants.— Motion to compel acceptance of notice of appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JOSEPH COLOMBO, Respondent, v. PAUL GUIZARD, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HALMA CONSTRUCTION CORPORATION, Respondent, v. JACOB A. MITTENTHAL, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, etc., Relative to Acquiring Title, etc., to Certain Lands, etc., for Improvement of the Water Front and Harbor of the City of New York and Upper New York Bay, between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, Borough of Richmond, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order on notice.

In the Matter of the Administration of the Estate of JAMES A. HAMILTON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; and that appellant, within ten days from the entry of the order herein, pay twenty dollars costs; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.